UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KINGSLAY NDONKU WATARD                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:25-CV-172-DCB-RPM

RAFAEL VERGARA                                           RESPONDENT

## ORDER TO SHOW CAUSE

This matter is before the Court on Petitioner Kingslay Ndonku Watard's [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.  He is a citizen of Cameroon who claims to have arrived in the United States in November 2024.  He was detained by United States Border Patrol and transferred to United States Immigration and Customs Enforcement ("ICE") custody.  On September 10, 2025, an Immigration Judge denied Petitioner's request for asylum and ordered Petitioner to be removed, but the Immigration Judge granted withholding of removal.  [6-2].  Petitioner did not appeal, so the order of removal became final on October 11, 2025.

In the response to the instant petition on January 28, 2026, Respondent provided a timeline of efforts to obtain travel documents for Petitioner in order to remove him.  [6]; [6-1].  No update has been provided since then.  Petitioner has now been in detention for approximately 17 months.  And his order of removal became final approximately 6 months ago.  According to ICE's Online Detainee Locator System, Petitioner is still detained and remains in ICE custody.  In light of the above, it appears to the Court at this time that "there is no significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).  Accordingly, the

Court requires a response from Respondent.

IT IS THEREFORE ORDERED that, **on or before April 24, 2026**, Respondent shall file a response to this Order showing good cause, if any, why this Court should not order Petitioner's release at this time in accordance with cases such as *Zadvydas v. Davis*, 533 U.S. 678 (2001), *Clark v. Martinez*, 543 U.S. 371 (2005), and *Tran v. Mukasey*, 515 F.3d 478 (5th Cir. 2008).  In addition, Respondent shall specifically address the following: (1) the status of efforts to remove Petitioner, including Petitioner's cooperation with any such efforts; and (2) a timeline of any anticipated efforts to remove Petitioner.

SO ORDERED, this the 10th day of April 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE